UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BYRON C. ALLEN and SHELLY
A. ALLEN,

        Plaintiffs,

                                                                  Case No. 07-14550

v.

                                                                  Hon. John Corbett O'Meara

HOMECOMINGS FINANCIAL,

        Defendant.

_____/


## ORDER GRANTING PLAINTIFFS' PRO SE MOTION TO ADJOURN AND THE COURT'S ORDER FOR PLAINTIFF'S COUNSEL TO SHOW CAUSE

       Scheduled for today were Plaintiffs' Motion to Remand, and Defendant's Motion to Dismiss, or in the alternative, to Grant Summary Judgment. However, the court was unable to proceed due to the lack of interaction with this court and her clients by Plaintiffs' counsel, Lynda Mays, as well as her failure to appear for today's hearing. As a result, Plaintiffs made a pro se motion to adjourn the hearings on the aforementioned motions to remand and to dismiss so they can decide whether to continue with Mays, find new counsel, or proceed on their own. IT IS HEREBY ORDERED that Plaintiffs' pro se motion to adjourn today's hearings is GRANTED, and today's hearings are adjourned to July 3, 2008, at 2:15 P.M.

       It is also hereby ORDERED that Plaintiffs' counsel, Lynda Mays, shall SHOW CAUSE in person on July 3, 2008, at 2:15 P.M. why she should not be sanctioned for her lack of action in this matter, and her failure to communicate with this court and her clients.

       **SO ORDERED.**

                                                             s/John Corbett O'Meara
                                                             United States District Judge

Date: June 5, 2008

I hereby certify that a copy of the foregoing document was served electronically upon Lynda Mays and David Marowske and by ordinary mail upon Byron C. Allen and Shelly A. Allen at 8313 Grayfield, Dearborn Heights, MI 48127, and Lynda Mays at 28890 Monterey Drive, P.O. Box 27530, Detroit, MI 48227 on this date, June 5, 2008.

                s/William Barkholz
                Case Manager